**Date : 1/31/2025 12:46:54 PM**
**From : "Forrester, Elizabeth"**
**To : "Jason Kamras" , "Ali Faruk" , "Kathryn Ricard" , "Cheryl Burke" ,**
**"Emmett Jafari" , "Shavonda Dixon" , "Stephanie Rizzi" , "Shonda Harris-**
**Muhammed" , "Matthew Percival" , "Wesley Hedgepeth"**
**Cc : "Sherrie Brown" , "Alyson Davis" , "Lameekia Evans" , "Lyndsey**
**Gilliam" , "Jodi Granger" , "Marie Holmes" , "Letitia Lampley" , "Lee,**
**Sandra" , "Bernice Lewis" , "Maxwell, Shirley" , "Van Shelton" , "Kristie**
**Taylor-Christian" , "Shauntele Waller-Day" , "Pamela Whitaker"**
**Subject : Hostile Work Environment in the Talent and Finance Departments**
**Attachment : REA x RPS Talent and Finance Letter 2025.pdf;**

Dear Superintendent Kamras and School Board Members,
I hope you are well. I am sending this email and attached document on behalf of
the employees CC'd who all work out of the Talent Office and Finance Department.
As you all know, these hardworking employees are responsible for ensuring
employees are hired, treated fairly, and fairly compensated. These employees are
coming forward regarding ongoing issues in their workplace stemming from the
unethical behavior mainly from the Chief of the Talent Office. Issues include;
inappropriate comments that are racist and discriminatory, excessive supervision,
verbal harassment and a hostile work environment, intimidation, outbursts,
coercion of workers who have filed complaints and grievances, unjustified write-
ups, positions in the Talent Office being filled without proper posting for other
applicants, and favoritism in hiring, promotions, and reclassification. These are
violations of School Board policy 7-3.20: Workplace Bullying and policy 7-21:
Posting of Vacancies and Recruitment. Though the contract has not been fully
ratified, many of these issues violate the tentative agreements REA and RPS has
reached for the Central Office unit, which includes a majority of the employees
CC'd.

After extensive conversations with those CC'd, we have come to the conclusion
that the only resolution would be the removal of the Chief of Talent and
accountability in the Finance Department for those in leadership and sufficient
training including on leadership and sensitivity. We feel this is the only resolution
that will truly bring relief to these workers and rectify the culture in the Talent Office
and Finance Department, so that those employees who support the fair treatment
of the rest of RPS are fairly treated themselves.

We will be attending the February 4 School Board meeting, but wanted to send
you this information and the statements from those CC'd in writing beforehand for
your review.

Please reach out if you have any questions.

Respectfully,

Anne Forrester

REA President

540-525-6138

--

Anne Forrester

ELA Teacher

Richmond High School for the Arts

Richmond, VA

eforrest@rvaschools.net

she/her

*I respect when and how you choose to work so I do not expect a response from you to any email I send outside of your normal working hours.*

**This communication may be subject to FOIA request in accordance with Va. Code 2.2-3701. Please excuse any typing errors.**