# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **MAGGIE M. CLEMMONS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.: 3:25-cv-724 |
| **CITY OF RICHMOND SCHOOL BOARD** et al., | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Richmond City School Board, Matthew Percival, Kathryn Ricard, Ali Faruk, Wesley Hedgepeth, Stephanie Rizzi, Dr. Shonda Harris-Muhammed, Cheryl Burke, Emmett Jafari, Shavonda Dixon-Fernandez, and Jason Kamras, by counsel, in accordance with Federal Rule of Civil Procedure 12(b)(6), move to dismiss the complaint filed against them by Plaintiff Maggie M. Clemmons for its failure to state a claim upon which relief can be granted. For the reasons stated in the accompanying memorandum in support of this motion, Defendants respectfully request that the Court grant their motion to dismiss, dismiss the complaint with prejudice, and award any further relief as the Court may deem just and proper.

Respectfully submitted,

By: /s/ J. Benjamin Rottenborn
J. Benjamin Rottenborn (VSB No. 84796)
Kristin B. Johnson (VSB No. 71115)
Jamie H. Wood (VSB No. 97297)
Woods Rogers Vandeventer Black PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
ben.rottenborn@woodsrogers.com
kristin.johnson@woodsrogers.com
jamie.wood@woodsrogers.com
*Counsel for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record.

<u>/s/ J. Benjamin Rottenborn</u><br>
J. Benjamin Rottenborn