IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MAGGIE M. CLEMMONS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:25cv724 |
| | ) |
| CITY OF RICHMOND SCHOOL BOARD, *et al.* | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Maggie M. Clemmons, by counsel, states as follows as her opposition to the Motion to Dismiss filed by defendants:

1. On Wednesday, October 22, 2025, Defendants filed a motion to dismiss under Fed.R.Civ.P. 12(b). The motion seeks dismissal of all of Plaintiff's claims against them in the opening Complaint.

2. Under Fed.R.Civ.P. 15(a)(1)(B), a plaintiff may amend her Complaint "once as a matter of course within" 21 days "after service of motion under Rule 12(b)." Under this timeline, Clemmons has until next Wednesday, November 12, 2025, to file an amended complaint if she so desires.

3. Through this opposition to Defendants' motion, Clemmons, through counsel, hereby advises both the Court and opposing counsel that she *will* be filing an Amended Complaint on or before November 12, 2025 – i.e., within the 21-day period under Rule 15(a)(1)(B). Doing so will moot the pending motion to dismiss, which, of course, pertains only to the opening Complaint. As such, Clemmons opposes Defendants' motion and requests that it be denied as moot upon the filing of her Amended Complaint.

1

MAGGIE M. CLEMMONS

By: s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
T<small>HE</small> H<small>AWKINS</small> L<small>AW</small> F<small>IRM</small>, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirmpc.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

J. Benjamin Rottenborn (VSB No. 84796)
Jamie H. Wood (VSB No. 97297)
Woods Rogers Vandeventer Black PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
ben.rottenborn@woodsrogers.com
jamie.wood@woodsrogers.com

Counsel for Defendants

                                                                                                 s/ Richard F. Hawkins, III
                                                                                                 Virginia Bar Number: 40666
                                                                                                 THE HAWKINS LAW FIRM, PC
                                                                                                 2222 Monument Avenue
                                                                                                 Richmond, Virginia 23220
                                                                                                 (804) 308-3040 (telephone)
                                                                                                 (804) 308-3132 (facsimile)
                                                                                                 Email: rhawkins@thehawkinslawfirmpc.com

                                                                                                 Counsel for Plaintiff