IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MAGGIE M. CLEMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:25-cv-724-HEH |
| | ) |
| CITY OF RICHMOND SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER
### (To Modify Briefing Schedule)

THIS MATTER is before the Court on Maggie M. Clemmon's ("Plaintiff") Second Consent Motion to Modify Briefing Schedule Regarding Defendants' Motion to Dismiss (Consent Motion, ECF No. 14). Plaintiff together with the City of Richmond School Board and other individual Defendants[1] (collectively "Defendants") jointly consent to the Motion. (*Id.*) Upon due consideration and for good cause shown, the Court GRANTS the Consent Motion. Accordingly, the Court will modify the briefing schedule regarding Defendants' Motion to Dismiss as follows: (i) Plaintiff's response to Defendants' Motion will be due on Monday, December 22, 2025; and (ii) Defendants' reply, if any, to Plaintiff's response will be due on January 9, 2026.

---

[1] The other Defendants are the members of the Richmond Public School Board, and include Matthew Percival, Kathryn Ricard, Ali Faruk, Wesley Hedgepeth, Stephanie Rizzi, Shonda Harris-Muhammed, Cheryl Burke, Emmett J. Jafari, Shavonda Dixon-Fernandez, Jason Kamras.

The Clerk is DIRECTED to send a copy of this Order to counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Dec. 18, 2025
Richmond, Virginia