IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| MAGGIE M. CLEMMONS | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 3:25cv724 |
| CITY OF RICHMOND SCHOOL BOARD, *et al.* | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION FOR LEAVE TO FILE "PLAINTIFF'S CORRECTED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS"**

Plaintiff Maggie M. Clemmons ("Clemmons"), by counsel, hereby states as follows as her memorandum in support of her motion for leave to have the "Plaintiff's Corrected Memorandum In Opposition to Defendants' Motion to Dismiss" (and Exhibit) that is attached with her motion be deemed filed in this matter as her memorandum in opposition to the Defendants' Motion to Dismiss her First Amended Complaint in this matter.

1. At 11:58 p.m. on December 22, 2025, Clemmons filed "Plaintiff's Memorandum In Opposition to the Defendants' Motion to Dismiss" (ECF16) in this matter.

2. In later reviewing the memorandum, however, undersigned regrettably found several errors in the document, including such things as (i) inadvertently omitting the word "one" in the phrase "mount only [one] attack" on page 18 of the memorandum (ECF16, p. 19); (ii) using the wrong verb tense on page 11 of the memorandum – e.g., saying "is manifestly unreasonable," instead of "was manifestly unreasonable" (ECF16, p.12); (iii) typing the year "1988" instead of "1877" as the date for the case of *Patteson v. Horsely,* 70 Va. 236 (Va. 1877), cited on page 20 of the memorandum (ECF16, p.21); and (iv) writing the word "court" instead of the word "count" in

1

the bottom section on page 21 of the memorandum (see ECF16, p. 22).[1]

3. Given these inadvertent errors, Clemmons now moves for leave have the attached corrected brief be deemed filed as "Plaintiff's Memorandum In Opposition to Defendants' Motion to Dismiss" in this matter. This corrected memorandum fixes the typographical and grammatical errors. Clemmons submits fixing these errors constitutes good cause for granting the motion, especially since the corrected brief will reduce or eliminate any confusion the Court may have due to these errors as it reviews Clemmons' arguments in the memorandum.

4. This motion is in keeping with the common practice that occurs where "as here, a party discovers one or more deficiencies in its own brief and requests leave to amend." *North Florida Regional Medical Center v. Witt*, 616 So.2d 614, 614 (Ct. App. Fl., 1st District 1993) (setting forth proper procedures for submitting amended appellate briefs to the court). In such circumstances, courts routinely grant such motions and accept the corrected briefs for filing. *See, e.g., Commonwealth v. Beckner*, 2019 WL 980694, at * 2 (Superior Court of Pa. Feb. 27, 2019) (noting that court granted the Commonwealth's "Motion to File Corrected Brief" where Commonwealth inadvertently inserted a "Statement of Jurisdiction" in its brief from another case); *Wake Cares, Inc. v. Boe*, 672 S.E.2d 22 (N.C. 2008) (Mem.) (allowing motion to "File Corrected Brief Correcting Certain Typographical Errors"); *Carr v. Poteat*, 19 Fed. Appx. 146, 147 (4th Cir. Oct. 1, 2001) (granting appellant's "motion to amend his informal brief to correct a typographical error"); *Allen v. U.S. Bureau of Prisons*, 213 F.3d 639 (Table), 2002 WL 554945, at *1 (5th Cir. April 19, 2000) ("Allen's motion to correct typographical errs in his brief on appeal is GRANTED.").

---

[1] For reference, because the memorandum has a cover page, the page numbers in the Plaintiff's memorandum and the ECF page numbers are off by one number.

5.       In addition, Defendants will suffer no prejudice by the granting of this motion. None of Clemmons' substantive arguments have been revised or supplemented in the corrected memorandum, and no new authorities or cases have been added. Lack of prejudice also is shown by the fact that this motion and proposed corrected memorandum are being filed well *before* Defendants' deadline to file their Reply Brief in this case.[2] As such, to the extent Defendants believe they need to respond to any of the changes contained in the corrected memorandum, they have sufficient time and opportunity to do so. *Cf. Judicial Watch, Inc. v. U.S. Dept. of Homeland Sec.*, 857 F. Supp.2d 129, 1137 (D.D.C. 2012) (allowing and considering party's "corrected" brief – even though it contained substantive changes – "because it was submitted six days before [the opposing party] field its opposition brief, and thus [the opposing party] had a sufficient opportunity to . . . respond" to any changes in the new brief).

6.       In anticipation of the filing of this motion, undersigned reached out to Defendants' attorneys last Wednesday (December 23, 2025) and asked whether they would consent to the filing of the corrected memorandum.  As of today, Monday, December 29, 2025, Plaintiff's counsel has not received a response to this request. Despite this, Clemmons submits that she has good cause for this motion, and it is in the interests of justice to grant it.

WHEREFORE, for the reasons stated above, Clemmons requests that her motion be granted, that the Court grant her leave to file the attached corrected brief, and that the Court accept the attached corrected brief as "Plaintiff's Memorandum In Opposition to Defendants' Motion to Dismiss" in this matter.

---

[2] Defendants' deadline to file their Reply Brief is January 9, 2026.

MAGGIE M. CLEMMONS

By: <u>s/ Richard F. Hawkins, III</u>
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirmpc.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that on the 29th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

J. Benjamin Rottenborn (VSB No. 84796)
Kristen B. Johnson (VSB No. 71115)
Jamie H. Wood (VSB No. 97297)
Woods Rogers Vandeventer Black PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
ben.rottenborn@woodsrogers.com
kristen.johnson@woodsrogers.com
jamie.wood@woodsrogers.com

Counsel for Defendants

                                    s/ Richard F. Hawkins, III
                                    Virginia Bar Number: 40666
                                    THE HAWKINS LAW FIRM, PC
                                    2222 Monument Avenue
                                    Richmond, Virginia 23220
                                    (804) 308-3040 (telephone)
                                    (804) 308-3132 (facsimile)
                                    Email: rhawkins@thehawkinslawfirmpc.com

                                    Counsel for Plaintiff