IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| MAGGIE M. CLEMMONS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:25cv724 |
| | ) | |
| CITY OF RICHMOND SCHOOL BOARD, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby notifies the Court that, as the defendants have neither filed nor served answers or motions for summary judgment, she voluntarily dismisses all of the claims in this case against all of the defendants **WITHOUT PREJUDICE**.

Clemmons' right to this dismissal is "unconditional," and this dismissal is "'self-executing, i.e., it is effective at the moment [this] notice is filed with the clerk and no judicial approval is required.'" *Finley Lines Joint Protective Board v. Norfolk Southern Corp.*, 109 F.3d 993, 995 (4th Cir. 1997) (quoting *Marex Titanic, Inc. v. Wrecked and Abandoned Vessell*, 2 F.3d 544, 546 (4th Cir. 1993)). It does not matter that the defendants have filed motions to dismiss under Rule 12(b)6) or that, in doing so, they have also attached an AG Advisory Opinion to their dismissal papers. *Finley*, 109 F.3d at 997.  *See also Swedberg v. Marotzke,* 339 F.3d 1139, 1145 (9th Cir.2003) ("Rule 41(a)(1) specifically allows a plaintiff to dismiss a complaint without prejudice in the face of a 12(b)(6) motion."). Defendants did not style their motions to dismiss as "alternative" motions for summary judgment, and this Court has not converted defendants' motions into Rule 56 motions for summary judgment. Thus, the record here establishes Clemmons' clear right to invoke Rule 41(a)(1)(A)(i) and to have this matter dismissed without prejudice.

2

MAGGIE M. CLEMMONS

By:    <u>s/ Richard F. Hawkins, III</u>
        Virginia Bar Number: 40666
        THE HAWKINS LAW FIRM, PC
        2222 Monument Avenue
        Richmond, Virginia 23220
        (804) 308-3040 (telephone)
        (804) 308-3132 (facsimile)
        Email: rhawkins@thehawkinslawfirmpc.com

        Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF systems which will send notification of such filing

to the following:

J. Benjamin Rottenborn (VSB No. 84796)
Kristen B. Johnson (VSB No. 71115)
Jamie H. Wood (VSB No. 97297)
Woods Rogers Vandeventer Black PLC
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
ben.rottenborn@woodsrogers.com
kristen.johnson@woodsrogers.com
jamie.wood@woodsrogers.com

Counsel for Defendants

s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirmpc.com

Counsel for Plaintiff

3