IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MAGGIE M. CLEMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:25-cv-724–HEH |
| | ) |
| CITY OF RICHMOND SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL ORDER**

THIS MATTER is before the Court on Plaintiff Maggie M. Clemmons' ("Plaintiff") Notice of Voluntary Dismissal, filed on January 20, 2026, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 23). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE against all Defendants.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

This case is CLOSED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: January 20, 2026
Richmond, Virginia